185

## EDWARD ROSS v. THE COMMERCIAL BANK OF DELAWARE.

High Court of Errors and Appeals. June 11, 1827.

*Ridgely's Notebook V, 277.*

## WILLIAM L. STEVENSON v. LESSEE OF SAMUEL WALLACE et al.

High Court of Errors and Appeals. June 11, 1827.

*Ridgely's Notebook V, 279.*

## GEORGE BLACKISTON et al. v. THE COMMERCIAL BANK OF DELAWARE.

High Court of Errors and Appeals. June 12, 1827.

*Ridgely's Notebook V, 283.*

## EDWARD GILPIN v. THE BANK OF WILMINGTON AND BRANDYWINE.

High Court of Errors and Appeals. June 14, 1827.

*Ridgely's Notebook V, 289.*